```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00089
   ARTHUR R KELLY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-0338

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/05/2006 and was confirmed 04/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
 HOUSEHOLD                  SECURED              .00         .00           .00
 HOUSEHOLD                  UNSECURED      NOT FILED         .00           .00
 CAPITAL MANAGEMENT SERVI   UNSECURED      NOT FILED         .00           .00
 CAPITAL ONE                UNSECURED        1245.11         .00         32.08
 GEMB M WARD                UNSECURED      NOT FILED         .00           .00
 LVNV FUNDING               UNSECURED      NOT FILED         .00           .00
 LVNV FUNDING               UNSECURED      NOT FILED         .00           .00
 NCO FINANCIAL SYSTEMS IN   UNSECURED      NOT FILED         .00           .00
 PALISADES COLLECTION LLC   UNSECURED      NOT FILED         .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED         .00           .00
 ROUNDUP FUNDING LLC        UNSECURED        3905.25         .00        124.92
 ROUNDUP FUNDING LLC        UNSECURED        4509.38         .00        298.26
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,411.20                   2,411.20
 TOM VAUGHN                 TRUSTEE                                      179.12
 DEBTOR REFUND              REFUND                                         8.42

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE              3,054.00

 PRIORITY                                        .00
 SECURED                                         .00
 UNSECURED                                    455.26
 ADMINISTRATIVE                              2,411.20
 TRUSTEE COMPENSATION                          179.12
 DEBTOR REFUND                                   8.42
                     --------------       --------------
 TOTALS               3,054.00              3,054.00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00089 ARTHUR R KELLY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                    PAGE   2
       CASE NO. 06 B 00089 ARTHUR R KELLY